UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 22318
TOMIRIAN NUNNALLY
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

          Debtor
SSN XXX-XX-5601

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/10/04 and confirmed on 10/06/04.

     2.  The case was dismissed after confirmation, 07/18/2008.

     3.  The Debtor paid a total of $  13244.12 .

     4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED | 9500.00 | 1614.57 | 8951.94 |
| NATIONAL FURNITURE COMPA | SECURED | 300.00 | 28.91 | 281.50 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3645.36 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1161.69 | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ENTERPRISE | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | 446.16 | .00 | .00 |
| READY MONEY | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | 1221.00 | .00 | .00 |
| NATIONAL FURNITURE COMPA | UNSECURED | 1030.00 | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 10173.85 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 991.26 | .00 | .00 |

                    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9800.00 | 3645.36 | 15023.96 | .00 | 28469.32 |
| PRINCIPAL PAID | 9233.44 | .00 | .00 | .00 | 9233.44 |
| INTEREST PAID | 1643.48 | .00 | .00 | .00 | 1643.48 |
| TOTAL PAID | 10876.92 | .00 | .00 | .00 | 10876.92 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2200.00
and was paid $    394.80  direct and $   1805.20  through the plan.

The Trustee received $    562.00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 10/08/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


                              PAGE  2
          CASE NO. 04 B 22318 TOMIRIAN NUNNALLY